1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar Number 2137
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada State Bar Number 1925
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6  E-mail: Daniel.Hollingsworth@usdoj.gov
   Counsel for the United States of America
7

8

9              **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11  UNITED STATES OF AMERICA,          )
                                       )
12                  Plaintiff,         )
                                       )
13          v.                         )    2:10-MJ-486-RJJ
                                       )
14  2010 BLACK CHEVROLET SUBURBAN,     )
    NEVADA LICENSE TAG YODADY, VIN     )
15  1GNFC16008R143172,                 )
                                       )
16                  Defendant.         )
    _____)

17      **MOTION TO UNSEAL SEIZURE WARRANT AND AFFIDAVIT**

18         The United States of America, by and through Daniel G. Bogden, United States Attorney for

19  the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, moves this

20  Honorable Court for an Order to unseal the seizure warrant and affidavit in the above-captioned case.

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

1  The basis for unsealing is the Assistant United States Attorney in the criminal case will provide these

2  documents in criminal discovery.

3           DATED this 10th day of August, 2010.

4                                          Respectfully submitted,
                                           DANIEL G. BOGDEN
5                                          United States Attorney

6

7                                          DANIEL D. HOLLINGSWORTH
                                           Assistant United States Attorney
8

9

10                                         IT IS SO ORDERED:

11

12                                         ROBERT J. JOHNSTON
                                           UNITED STATES MAGISTRATE JUDGE
13

14                                         DATED:  August 13, 2010

15

16

17

18

19

20

21

22

23

24

25

26

                                  2